PAGE A of 5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**CIVIL RIGHTS COMPLAINT**

JUL 1 2026 PM4:00
FILED-USDC-CT-HARTFORD

Ms. Blue Lion
(Ms. Hamida Kassim)
Plaintiff(s),
(Full name(s); Do not use ***et al.***)

v. ECB = European Union Central Bank
Spirit Airlines // John D. Rockefeller Estate
Board of Directors / Airports Council
Management International (ACI)
Global Partners (ICAO) // (ACI)
U.S. Customs & Enforcement Agency
U.S Treasury / Airports Council (ACI)
International Civil Aviation (ICAO)
International Bankers Association (IIB)
Bill Clinton Estate
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use ***et al.***)

Case No. ______________
(To be supplied by the court)

**A. PARTIES**

(Ms. Hamida Kassim)

1. Ms. Blue Lion is a citizen of USA who
(Plaintiff) (State)
presently resides at Office of the Secretary of the State.
(mailing address)
P.O. Box 150469 Cert. No 1459 165 Capital Avenue, Hartford CT 06106

2. Defendant Spirit Airlines is a citizen of USA Company
(name of first defendant) (State)

whose address is Bankruptcy Court - Florida c/o Uganda Embassy - H.E. Ambassador Robie Kakonge
and who is employed as Airline Company - Florida
(title and place of employment)
Uganda Embassy - H.E. Robie Kakonge - 5911 16th Street - N.W Washington D.C 20011
(Phone) 202-726-7100

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____ Yes ✓ No. If your answer is "Yes," briefly explain:

The Spirit Airline was stolen from my Inherited Global Estate. I am currently going through a Name Change registration in Connecticut.

3. Defendant SPIRIT AIRLINES is a citizen of USA/COMPANY
(name of second defendant) (State)

whose address is BANKRUPTCY COURT IN FLORIDA

and who is employed as SPIRIT AIRLINE - FLORIDA
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____ Yes ✓ No. If your answer is "Yes," briefly explain:

I believe the whole transfer of Spirit Airlines Ownership was done illegally by European Central Bank against my best interests.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

_________ 42 U.S.C. § 1983 (applies to state defendants)

_________ ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

I live in Connecticut as a plaintiff looking to stay the liquidation of Spirit Airlines immediately. This is to protect my estate from fraudulent activity until the US Superior Court in Hartford opens up my Inheritance case soon.

Page 3 of 5

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. I was born Ms. Hamida Kassim and currently changing names from Ms. Blue God. I am a special person of interest to the US Government with national security status. I am a Subordinate Signatory of the Pentagon Agreement of March 1975. I inherited Spirit Airlines from my Father - Mr. Kassim Ramathan a primary signatory of the Pentagon Agreement. No One ever transferred the Spirit Airlines to me officially & its all illegal liquidation

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** My human rights were violated because no one ever transferred Spirit Airlines ownership to me officially. The liquidation process is illegal and is against my interests as a human being.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Mr. Kassim Ramathan is a special person of interest to the US government with national security status. He is my father. In March 1975, he signed a Pentagon Agreement with the U.S. Government, this agreement had the US government put up 100% of the U.S.A land as collateral. At the time of the Pentagon Agreement 1975 signing Mr. Mr. Kassim Ramathan had ownership of 50% of the U.S.A land. He also had the White House, the Pentagon Building & the United

**Claim II:** States Supreme Court Building as Collateral for the huge amount of loan given to the U.S. government. ~~He~~ became a

**Supporting Facts:** Primary Signatory of the Pentagon Agreement of 1975. Ms. Elizabeth Barbera - my mother signed as a Primary Signatory. They were 2 primary signatories in March 1975. My birth name is Ms Hamida Kassim as their daughter. I was included as a subordinate signatory. Ms. Elizabeth Barbera and Ms. Hamida Kassim are the special persons of interest to the U.S govt. with national security status.

**Claim III:** In 1983, Mr. Kassim Ramathan purchased Spirit Airlines for $290 million dollars in cash. ~~He had~~ appointed European Union Central Bank chairperson

**Supporting Facts:** Ms. Christine Largarde as ~~Administratory~~ of his ~~Estate~~. However, in August 2008 (or thereabouts) speculation was that Ms. Christine Largarde sold Spirit Airlines to Mr. John D Rockefeller for $90 million dollars. From that day, ~~Ms.~~ ownership of Spirit Airlines. Today I ask for ~~total~~ reimbursement of all costs. The lawsuit against both name named individuals is @ € 9999999999 Euros per second from 17th Sept 1787 - original date of US constitution signing. This action is a

theft the US constitution & I will notify all global partners & defendants that it will be a statutory instrument. All will face death sentences for theft

## E. REQUEST FOR RELIEF

I request the following relief: I Ms. Blue God pray for a stay of the SPIRIT Airlines liquidation process asap. The reason is I inherited the airline as Ms. Hamida Kassim - daughter of Mr. Kassim Ramathan - a primary signatory of the US Pentagon Agreement of March 1978. It was stolen from me and all management decisions were not with my consent. Thus it is a fraudulent process done illegally vs my interests

## F. JURY DEMAND

Do you wish to have a jury trial? Yes ✓ No ______

______________________ Original signature of attorney (if any)

[signature] Plaintiff's Original Signature

Printed Name ______________________

BLUE GOD
Printed Name

OFFICE OF THE SECRETARY OF THE STATE P.O. BOX 150469 CERT NO. 1459
~~165 CAPITAL AVENUE,~~ Hartford, CT 06106
860-278-9039

( )
Attorney's full address and telephone

Plaintiff's full address and telephone

______________________
Email address if available

coconutsblue20@gmail.com
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that ~~he~~/she is the plaintiff in the above action, that ~~he~~/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at FEDERAL COURT, Hartford, CT (location) on 06/29/2026 (date)

450 MAIN STREET
Hartford, CT 06108

BLUE GOD
Plaintiff's Original Signature

(Rev. 3/21/16)



PAGE 6 of 5

PAGE 4 of 5

1 Spirit Airlines Shows of Stolen funds
President Yoweri Museveni of Uganda
PAGE 9 of 5

1st Tranche = $ 950 Billion
2nd Tranche = $ 888 Trillion
3rd Tranche = $ 998 Trillion
4th Tranche = $ 998 Trillion

---

II Mrs Janet Kataha Museveni - wife to the President of Uganda Yoweri Museveni

1st Tranche = $ 950 Billion
2nd Tranche = $ 888 Trillion
3rd Tranche = $ 998 Trillion
4th Tranche = $ 998 Trillion

---

I. Mr. Muhoozi Kainerugaba - chief of defence Forces of Uganda. (Son to President Yoweri Museveni of Uganda)

1st Tranche received = $ 950 Billion
2nd Tranche received = $ 888 Trillion
3rd Tranche received = $ 998 Trillion
4th Tranche received = $ 998 Trillion

---

Attorney Sam Kutesa Kahamba -
" " Kahamba Kuteesa -
Born: February 1st /1949 = 77 years old
Politician businessman lawyer & former President of the United Nations General Assembly (2014-2015)

ATTORNEY SAM KAHAMBA KUTEESA

~~1st Tranche received~~ ~~He~~ used ~~to~~ illegally receive additional stolen funds from my Inheritance US Assets - the United Nations building & other U.S and global properties, He travels to the U.S. This is despite him having a persona non grata status. It prohibits Attorney Sam Kahamba Kuteesa from ever entering the U.S.A. by the U.S.A Government, Unfortunately, the U.S govt. offered him a visa allowing him to enter the U.S.A. This way he could collect all of my stolen funds on the United Nations Inherited the United Nations Building & other global properties. All rental income earned would be collected by Attorney Sam K Kuteesa against my wishes. I have never met him nor have I ever authorised him to collect or administer my global estate. My rental income has never been given to me by anybody since 2005 June. No global asset income has ever been given to me by anybody.

1st Tranche received - $ 998 Trillion
2nd Tranche received - $ 998 Trillion
3rd Tranche received - $ 998 Trillion
4th Tranche received - $ 998 Trillion
5th Tranche received - $ 998 Trillion

18 CAUSE OF ACTION "ATTORNEY SAM KAHAMB KUTEESA - PAGE I of 5

6th Tranche received - $998 Trillion
7th Tranche received - $900 Trillion
8th Tranche received - $998 Trillion
9th Tranche received - $998 Trillion
10th Tranche received - $998 Trillion
11th Tranche received - $998 Trillion
12th Tranche received - $998 Trillion
13th Tranche received - $998 Trillion
14th Tranche received - $998 Trillion
15th Tranche received - $998 Trillion
16th Tranche received - $998 Trillion
17th Tranche received - $998 Trillion
18th Tranche received - $998 Trillion
19th Tranche received - $998 Trillion
20th Tranche received - $998 Trillion
21st Tranche received - $998 Trillion
22nd Tranche received - $998 Trillion
23rd Tranche received - $998 Trillion
24th Tranche received - $998 Trillion
25th Tranche received - $998 Trillion

11 D CAUSE OF ACTION 1 

ATTORNEY SAM KAHAMBA KUPEESA

26th Tranche Received = $998 Trillion
27th Tranche Received = $998 Trillion
28th Tranche Received = $998 Trillion
29th Tranche Received = $998 Trillion
30th Tranche Received = $998 Trillion
31st Tranche Received = $998 Trillion
32nd Tranche Received = $998 Trillion
33rd Tranche Received = $998 Trillion
34th Tranche Received = $998 Trillion
35th Tranche Received = $998 Trillion
36th Tranche Received = $998 Trillion
37th Tranche Received = $998 Trillion
38th Tranche Received = $998 Trillion
39th Tranche Received = $998 Trillion
40th Tranche Received = $998 Trillion
41st Tranche Received = $998 Trillion
42nd Tranche Received = $998 Trillion
43rd Tranche Received = $998 Trillion
44th Tranche Received = $998 Trillion

"1D CAUSE OF ACTION" PAGE 2 of 5

ATTORNEY SAM KATAMBA KUTEESA

45th Tranche Received = $998 Trillion
46th Tranche Received = $998 Trillion
47th Tranche Received = $998 Trillion
48th Tranche Received = $998 Trillion
49th Tranche Received = $998 Trillion
50th Tranche Received = $998 Trillion
51st Tranche Received = $912 Quadrillion
52nd Tranche Received = $912 Quadrillion
53rd Tranche Received = $912 Quadrillion
54th Tranche Received = $912 Quadrillion
55th Tranche Received = $912 Quadrillion
56th Tranche Received = $912 Quadrillion
57th Tranche Received = $912 Quadrillion
58th Tranche Received = $912 Quadrillion
59th Tranche Received = $912 Quadrillion
60th Tranche Received = $912 Quadrillion
61st Tranche Received = $912 Quadrillion
62nd Tranche Received = $912 Quadrillion
63rd Tranche Received = $912 Quadrillion

ATTORNEY SAM KAHAMBA KUTEESA

64th Tranche Received = $912 Quadrillion
65th Tranche Received = $948 Quadrillion
These funds were distributed to many beneficiaries of His Majesty King Charles of England, Sultan of Brunei, their families, City of London Corporation, Other Global Leaders, the British Territories and many others. These include the German Government & its business partners - The Switzerland Government & its business partners, European Countries, Global Countries, Former US Presidents Bill Clinton, Barack Obama, Joseph Biden, Donald Trump & their families & Global Alien groups. President Yoweri Museveni of Uganda & family & Global business partners -

4) CAUSES OF ACTION - PAGE 9 of 10

Mr. and Mrs. Yoweri Museveni of UGANDA

These were amounts of money they both received @ the same time from Spirit Airlines as my stolen funds. They used Spirit Airlines for money laundering and transporting the money globally.

1st Tranche received = €998 Quadrillion

2nd Tranche received = €998 Quadrillion

3rd Tranche received = €998 Quadrillion X 9990 times all from Mr. John D. Rockefeller of Chase Bank - New York, USA

II. These were amounts of my stolen funds that both received from Mr. John D. Rockefeller and Mr. Alexander de Rothschild over the years. It is part of my stolen inheritance.

4th Tranche received = €998 Quadrillion X 998 Quadrillion Times.

5th Tranche received = €998 Quadrillion X 998 Quadrillion Times. They used Spirit Airlines to money launder and globally transport my stolen funds to various banks.

D' CAUSES OF ACTION PAGE 20 of 10

Mr. and Mrs. Yoweri Museveni of UGANDA

6th Tranche received = €999 Quadrillion Euros X 999,998 Quadrillion Times
7th Tranche received = €999 Quadrillion Euros X 999,998 Quadrillion Times
8th Tranche received = €999 Quadrillion Euros X 999,998 Quadrillion Times
9th Tranche received = €999 Quadrillion Euros X 999,998 Quadrillion Times.
0th Tranche received = €999 Quadrillion Euros X 999,998 Quadrillion Times
1th Tranche received = €999 Quadrillion Euros X 999,998 Quadrillion Times
2th Tranche received = €999 Quadrillion Euros X 999,998 Quadrillion Times
3th Tranche received = €999 Quadrillion Euros X 999,998 Quadrillion Times
4th Tranche received = €999 Quadrillion Euros X 999,998 Quadrillion Times
5th Tranche received = €999 Quadrillion Euros X 999,998 Quadrillion Times

"4 D" CAUSES OF ACTION PAGE 4 of 10

Mr & Mrs. Muhoozi Kainerugaba of Uganda

8th Tranche received = €9,999 Quadrillion Euros X 999,998 Quadrillion Times
9th Tranche received = €9,999 Quadrillion Euros X 999,998 Quadrillion Times
10th Tranche received = €9,999 Quadrillion Euros X 999,998 Quadrillion Times
11th Tranche received = €999,999 Quadrillion Euros X 999,998 Quadrillion Times
12th Tranche received = €999,999 Quadrillion Euros X 999,998 Quadrillion Times
13th Tranche received = €999,999 Quadrillion Euros X 999,998 Quadrillion Times
14th Tranche received = €999,999 Quadrillion Euros X 999,998 Quadrillion Times
15th Tranche received = €999,999 Quadrillion Euros X 999,998 Quadrillion Times
16th Tranche received = €999,999 Quadrillion Euros X 999,998 Quadrillion Times
17th Tranche received = €999,999 Quadrillion Euros X 999,998 Quadrillion [illegible]

Mr. and Mrs. Muhoozi Kainerugaba of Uganda

These were my stolen funds from Spirit Airlines given to Mr. and Mrs. Muhoozi Kainerugaba of Uganda. It was given to them by Mr. John D. Rockefeller and Mr. Alexander de Rothschild over the years.

1st Tranche received = €9,999 Quadrillion Euros X 999,998 Quadrillion Times
2nd Tranche received = €9,999 Quadrillion Euros X 999,998 Quadrillion Times
3rd Tranche received = €9,999 Quadrillion Euros X 999,998 Quadrillion Times
4th Tranche received = €9,999 Quadrillion Euros X 999,998 Quadrillion Times
5th Tranche received = €9,999 Quadrillion Euros X 999,998 Quadrillion Times
6th Tranche received = €9,999 Quadrillion Euros X 999,998 Quadrillion Times
7th Tranche received = €9,999 Quadrillion Euros X 999,998 Quadrillion Times

"D" Causes Of Action Page 6 of 10

Mr. and Mrs. Salim Saleh of Uganda

7th Tranche received = € 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Euros X 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Times

8th Tranche received = € 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Euros X 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Times

9th Tranche received = € 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Euros X Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Times

10th Tranche received = € 999999 Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Times

11th Tranche received = € 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Euros X Quadrillion Quadrillion Quadrillion Times

12th Tranche received = € 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Euros

4 § 11 D" CAUSES OF ACTION PAGE 7 10

# Mr. & Mrs. SALIM SALEH OF UGANDA

1st Tranche received = €999,999 Quadrillion Euros X 999,999 Quadrillion Quadrillion Quadrillion Times

2nd Tranche received = €999,999 Quadrillion Euros X 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Times

3rd Tranche received = €999,999 Quadrillion Euros X 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Times

4th Tranche received = €999,999 Quadrillion Euros X 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Times

5th Tranche received = €999,999 Quadrillion Quadrillion Euros X 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Times

6th Tranche received = €999,999 Quadrillion Quadrillion Quadrillion Euros X Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion

"D" CAUSES OF ACTION PAGE 7 of 10

Mr. and Mrs. Bob Kabonero of Uganda
Mrs Sarah Ngutongo Kabonero Kabonero
They were receiving stolen funds from both
Anthony Sam Kabenona Kabonero
Mr. John D. Rockefeller of New York, USA
Mr. Alexander de Rothschild of U.K
Former US President Bill Clinton & Other
Tenants paying rental income & Stolen
Insurance policies as well. Over the years.
1st Tranche received = € 9999999999
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Euros x 999999999 Quadrillion
Quadrillion Quadrillion Quadrillion
Times
2nd payments received = €999999999
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion Euros
Quadrillion Quadrillion Quadrillion
x 9999999 Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion Quadrillion Times

41) "CAUSES OF ACTION PAGES 10

Ms. Barbra Streisand, Ms. Donna Karan
Ms. Sheela Johnson, Mr. John D. Rockefeller
His Majesty King Charles y England
Mr. Alexander de Rothschild
Attorney William Byamhanga and
Attorney Andrew Kasirye, Attorney Edwin
Karugire, Attorney Sam Kahamba Kutesa
Attorney Omongole, Attorney Allan Mulindwa
Attorney Kiryowa Kiwanuka, Shafiq Kasozi
1. Cash received = €999999999999

Quadrilhon Quadrilha Quadrilha
Quadrilhon Quadrilhon Quadrilha
Quadrilhon Quadrilhon Quadrilha
Quadrilhon Quadrilho Quadrilhon
Quadrilhon Quadrilha Quadrilha
Quadrilhon Quadrilha Quadrilha
Quadrilha Quadrilhon Quadrilha
Quadrilhon Quadrilhon Quadrilho
Quadrilhon Quadrilha Quadrilha
Quadrilha Quadrilha Quadrilha
Quadrilhon Quadrilha Quadrilha
Quadrilha Quadrilha Quadrilhon
Quadrilhon

[illegible]

"D" CAUSES OF ACTION PAGE 9 of 10

VS. CHRISTINE LARGARDE + ECB CHAIRPERSON

the chairperson of European Central Bank in Frankfurt, Germany & her global partners have stolen all of my inheritance over the years. They have given away my global estate & sold it off to various global companies & entities. Among them Spirit Airlines which was well invested by my father - Mr. Kassim Ramathan! Now it has been totally stolen of all its savings & mismanaged without my consent as heir & owner of the company. I seek full criminal and financial investigations globally of all defendants & their global partners. This way I can retain Spirit Airline & stop this liquidation process asap. I am asking for my human rights to be fully compensated by all thieves involved.

# 4.D" CAUSES OF ACTION - MS CHRISTINE LARGAR

## GERMAN AND SWITZERLAND GOVERNMENTS

Cash received over the years from Mr John D. Rockefeller & Mr Alexander de Rothschild and Attorney Sam Kahamba Kuteesa, Mr. Muhoozi Kainerugaba all made payments to both government and bank officials from various global banks.

1. Cash received = € 99999999999

Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion

That was owed to Ms Christine Largar...

PAGE 1 of 4 A PARTIES - ADDITIONAL DEFENDANTS

1All Defendants Shows 1 address because they all belong to One Group of individuals & entities that stole my inheritance in Spirit Airlines - the address is below:-

c/o EMBASSY OF UGANDA
H. Excellency AMBASSADOR ROBIE KAKONGE
5911 16th STREET N.W WASHINGTON D.C 20011
phone (202) 726-7100

---

1. SPIRIT AIRLINES:- BOARD OF DIRECTORS ESTATE
2. SPIRIT AIRLINES - MANAGEMENT ESTATES
3- European Union Central Bank Chairperson Ms. Christine Lagarde - Frankfurt - GERMANY ESTATES
4. Mr. John D. Rockefeller - Chase Bank - New York ESTATES
5. Mr. Alexander de Rothschild ESTATES U.K
6. Former US President Bill Clinton & Hillary Clinton ESTATES - New York
7. Former US President George Bush ESTATES Texas
8. Mr. JEB BUSH - Florida brother to George Bush ESTATES
9. Ms. Sheila Johnson ESTATES - Fram[illegible] Mar[illegible]
10. International Bankers Association (IIB)
11. Chase Bank (USA) BOARD OF DIRECTORS ESTATES 12. HSBC BANK (U.K) Board of Directors ESTATES
13. International Civil Aviation (ICAO) BOARD OF DIRECTORS ESTATES
14. Airports Council International (ACI-NA) BOARD OF DIRECTORS ESTATES
15. American Association of Airport Executives BOARD OF DIRECTORS - (~~AAAE~~) ESTATES

16. U.S TREASURY AGENCY & MANAGEMENT ESTATE
17. U.S. GOVERNMENT AGENCIES MANAGEMENT ESTATE
18. Mr. Donald TRUMP & FAMILY ESTATES
19. Mr. Donald Trump CABINET ESTATES
20. U.S Customs & Enforcement Agency Management ESTATES
21. U.S. Homeland Security Agency Management ESTATES
22. President Yoweri K. Museveni of Uganda ESTATES & Family members
23. Mr. Muhoozi Kainerugaba - Chief of Defence Forces of Uganda (Son to President Yoweri Museveni of Uganda) & Family ESTATES
24. Mrs Janet Kataha Museveni - wife to President of Uganda - Yoweri Museveni ESTATES
25. General Salim Saleh - Brother to President Yoweri Museveni of Uganda & family ESTATES
26. Mrs Jovia Akandwanaho Saleh - wife to the General Salim Saleh - & family Estates
27. Ms. Barbra Streisand family estates
28. Ms. Doris Kavan family estates
29. Former US President Joseph Biden ESTATE
30. Former US President Barack Obama "
31. His Majesty King Charles of England "
32. Royal Family of England Family ESTATES
33. British Government Colonial ESTATES & Private
34. City of London Corporation estates
[illegible]

PAGE #3 A PARTIES ADDITIONAL DEFENDANTS

35. Mr. Bob Kabonero Estates of Kampala, Uganda

36. Mrs. Sarah Nantongo Kabugo Kabonero Estates of Framingham, Massachusetts USA

37. Ms. Proscovia Kabugo Estates of Marlborough, Massachusetts USA

38. Ms. Justin Kabugo Estates of Marlborough, Massachusetts USA

39. Ms. Nagawa Kabugo & Mr. Matsiko Estates Kabugo of Kampala, Uganda & family "

40. Atty William Byaruhanga & family Estate Kampala, Uganda Lawyer

41. Atty Andrew Kasirye & family Estates of Kampala, Uganda — Lawyer

42. Atty Kiddwa Kiwanuka Estates — Lawyers of Kampala, Uganda — Lawyer

43. Attorney Edwin Karugire & family Estates of Kampala, Uganda

44. Atty. Sam Bitangaro & family Estates of Kampala, Uganda

45. Atty. Allan Mulindwa & family Estates of Kampala, Uganda

46. Atty. Katende Ssempebwa & family Estates of Kampala, Uganda

PAGE #4 A PARTIES ADDITIONAL DEFENDANTS PAGE # 4

47. Attorney Omangole & Company ADVOCATES of Kampala, Uganda ESTATES
48. Mr. Rashid Kassim of California, USA
49. Mr. Shofiq Kassim " California, USA
50. Mr. Razack Kassim " " , USA
51. Mr. Osman Kassim of Bombo, UGANDA
52. Ms. Sheela Kassim of Nairobi, Kenya
53. Mr. Shafi Muzamil of Bombo, UGANDA
54. Ms. Zam Muzamil of Bombo, UGANDA
55. Mr. Moshin Mustapha of Bombo, UGANDA
56. Mr. MANSUR Mustapha of Bombo, UGANDA
57. Ms. Zaitun Mustapha of Bombo, UGANDA
58. Mr. Asmael Mustapha of Kajjansi, UGANDA
59. Mr. MUSA Marjan of Kampala, UGANDA
60. Mr. Dabule IBRAHIM of Kampala, UGANDA
61. Mr. Mozes Ali of Kampala, UGANDA
62. Mr. John Ofwono Opondo of VIRGINIA
GAFIN, Kara of Framingham, Massachusetts
63. Mr. Peter Kiwanuka Mukasa of Kampala, Uganda
ESTATES